# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS IRBY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:12CV501 NAB |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Upon review of this matter, it has come to my attention that I was one of the judges that presided over petitioner's state appellate proceedings in 2008. As such, I will recuse myself from this matter and request the Clerk of Court to randomly reassign this case.

Accordingly,

**IT IS HEREBY ORDERED** that I recuse myself from this matter and request that the Clerk of Court randomly reassign this case from my docket.

Dated this 28 day of March, 2012.

        /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE